## CRAIGHEAD v. RANKIN.

PRACTICE OF SUPREME COURT. *Appeal bond, recitals not sufficient as to when.* To entitle a party to an appeal the record must show that an appeal was prayed for and granted by the court before whom the cause was tried. The recitals in the appeal bond filed in the cause, and copied in the record to this effect are not sufficient.

### FROM MARION.

From the Chancery Court at Jasper.    J. B. HOYL, Chancellor by interchange.

Motion to dismiss.

KEY & RICHMOND for complainants.

RANKIN for defendant.

NICHOLSON, C. J., delivered the opinion of the court.

The decree in this cause was rendered on the 4th of November, 1873, at a special term of the Chancery Court at Jasper. No appeal was prayed or granted, but on the 6th day of November, 1873, we find in the record as appeal bond endorsed, " filed 6th day of November, 1873," in which it is recited that the defendant " hath, the day of the date hereof, prayed for and obtained an appeal to the next term of the Supreme Court at Knoxville," etc. It has been repeatedly held that the record must show that an appeal was prayed and granted to give this court jurisdiction.

The appeal is therefore dismissed.